448 A.2d 1172

Commonwealth v. Lawson a/k/a Haze, Appellant.

Before BECK, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.

448 A.2d 1172

Commonwealth v. Marlowe, Appellant.
Petition for Allowance of Appeal Denied Nov. 19, 1982.

Before HESTER, CAVANAUGH and BECK, JJ.

Judgment of sentence affirmed.

CAVANAUGH, J., filed a memorandum dissenting statement.